An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES H. HILL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65268

**FILED**

JUN 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a proper person appeal from a 1985 judgment of conviction, and an order denying a motion to extend prison copy work. Eighth Judicial District Court, Clark County; Miriam Shearing, Senior Judge. Jessie Elizabeth Walsh, Judge.

The notice of appeal from the judgment of conviction was untimely filed. NRAP 4(b). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this portion of the appeal. An order denying a motion to extend prison copy

14-19308

work is not an appealable decision. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____Pickering_____, J.
Pickering

_____ J.
Parraguirre

_____Saitta_____, J.
Saitta

cc: Hon. Miriam Shearing, Senior Judge
Hon. Jessie Elizabeth Walsh, District Judge
Charles H. Hill
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

_____

[1]We have considered the documents received in this matter, and we deny relief as this appeal is being dismissed.